CIVIL MINUTES CLOSING

Case No   SACV 19-02217JVS(ADSx)            Date: December 6, 2019

Title: Adelfo Cerame, Jr v Grand Investments, Inc, et al

Present   JAMES V. SELNA, United States District Court Judge

      Lisa Bredahl                                       Not Present
      Deputy Clerk                                       Court Reporter

---

Attorneys for Plaintiff                              Attorneys for Defendant

Not Present                                          Not Present

---

Proceedings:       ☐ In Court       X In Chambers       ☐ Counsel Notified

☐    Case previously closed in error.  Make JS-5.

X    Case should have been closed on entry #2 dated 11/15/19.  Make JS-6.

☐    Case settled but may be reopened if settlement is not finalized within     days.  Make JS-6.

☐    Other:                         .

☐    Entered                        .

CV-74 (08/97)                                Initials by Deputy Clerk     lmb